FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 1 6 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES OF AMERICA

    vs.                           Cause No. CR-10-2036-RMP-2

HECTOR ZUAZO-BENAVIDES

## AGREEMENT FOR PRE-TRIAL DIVERSION

It is alleged by an Indictment returned by the Grand Jury on April 14, 2010 in Cause Number CR-10-2036-RMP-2 that HECTOR ZUAZO-BENAVIDES committed the following offenses against the United States in the Eastern District of Washington:

- **Count 1:**  Beginning on or about March 16, 2010 and continuing to on or about March 22, 2010, in the Eastern District of Washington and elsewhere, the Defendants, SERGIO BENAVIDES-RAMIREZ and HECTOR ZUAZO-BENAVIDES, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the following offenses against the United States: to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

- **Count 2:**   On or about March 22, 2010, in the Eastern District of Washington, the Defendants, SERGIO BENAVIDES-RAMIREZ and HECTOR ZUAZO-BENAVIDES, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21 United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It appears, however, after an investigation of the offense and your background, that the interests of the United States and your own interests, and the interests of justice, will be served by the following procedure, therefore:

On the authority of the Attorney General of the United States, by James A. McDevitt, United States Attorney for the

Pre-Trial Diversion Agreement
HECTOR ZUAZO-BENAVIDES
Page - 1 OF 4

Eastern District of Washington, prosecution in this District for this offense shall be deferred for a period of 12 months from the date of the filing of this Agreement, provided you abide by the following conditions and the requirements of the Pre-Trial Diversion program set out below.

Should you violate any conditions of this supervision, the United States Attorney or his designee may revoke or modify any conditions of this Pre-Trial Diversion program or change the period of supervision for an additional period which shall in no case exceed 12 months from the original termination date of the diversion agreement. The United States Attorney may release you from supervision at any time. The United States Attorney may at any time within the period of your supervision reinitiate prosecution for this offense should you violate the conditions of this supervision and will furnish you with notice specifying the conditions of your program which you have violated.

If, upon successful completion of the program and your period of supervision, a Pre-Trial Diversion report is received to the effect that you have complied with all the rules, regulations and conditions above mentioned, the United States will move to dismiss, with prejudice, the charge for the above described offense.

Neither this Agreement nor any other document filed with the United States Attorney as a result of your participation in the Pre-Trial Diversion Program will be used against you in connection with any prosecution for the above described offense or be provided to any other person or entity other than the United States Attorney's Office, United States District Court, and the United States Probation Office without Court order or as otherwise required by law.

## CONDITIONS OF PRE-TRIAL DIVERSION *JMZ* *KZ* *H.Z.*

1. You shall not commit a violation of any law (federal, *that results in a conviction* state and local). This condition shall not apply to infractions. You shall immediately contact your Pre-Trial Diversion supervisor if arrested and/or questioned by any law enforcement officer.

2. You shall be employed regularly at a lawful occupation.

3. You shall continue to live in this judicial district. If you desire to move out of the district, you shall obtain permission from your diversion supervisor so that the appropriate

transfer of program responsibility can be made prior to your
relocation.

    4.  You shall report to your diversion supervisor as
directed and keep him/her informed of your whereabouts.

    5.  You shall not possess, control and/or consume any
controlled substance without a valid prescription or items
commonly used for the consumption of such substances (drug
paraphernalia), or be in any place where such substances are
located, controlled and/or consumed.  Prescription drugs shall
not include marijuana.

    6.  You shall strive to achieve the desired goals of the
program.

    I, **HECTOR ZUAZO-BENAVIDES,** assert and certify that I am
aware of the fact that the Sixth Amendment to the Constitution of
the United States provides that in all criminal prosecutions the
accused shall enjoy the right to a speedy and public trial.  I
also am aware that Rule 48(b) of the Federal Rules of Criminal
Procedure provides that the Court may dismiss an indictment,
information, or complaint for unnecessary delay in presenting a
charge to the Grand Jury, filing an information, or in bringing a
defendant to trial.  I hereby request that the United States
Attorney for the Eastern District of Washington defer any
prosecution of me for violations of Title 21, United States Code,
Sections 841(a)(1) and 846 and Title 18, United States Code,
Section 2, as described herein, for a period of 12 months, and to
induce him to defer such prosecution I agree and consent that any
delay from the date of this Agreement to the date of the
initiation of the prosecution, as provided for in the terms
expressed herein, shall be deemed to be a necessary delay at my
request and I waive any defense to such prosecution on the ground
that such delay operated to deny my rights under Rule 48(b) of
the Federal Rules of Criminal Procedure and the Sixth Amendment
to the Constitution of the United States to a speedy trial or to

     ///

     ///

     ///

     ///

     ///

     ///

bar the prosecution by reason of the running of the statute of limitations for the effective period of this Diversion Agreement.

I hereby state that the above has been read by me and explained to me by my attorney.  I understand the conditions of my Pre-Trial Diversion and agree that I will comply with them.


_____        _____
HECTOR ZUAZO-BENAVIDES                    DATE  8/22/10


_____        _____
VICTOR LARA                               DATE  8/22/10
Attorney for HECTOR ZUAZO-BENAVIDES


_____        _____
JAMES A. GOEKE                            DATE  9/14/2010
Assistant United States Attorney


_____        _____
U.S. PROBATION OFFICER                    DATE  9/16/10


APPROVED without passing judgment on the merits or wisdom of this diversion.


_____        _____
HONORABLE ROSANNA MALOUF PETERSON         DATE  9/16/10
United States District Court Judge