UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br><br>HECTOR ZUAZO-BENAVIDES,<br><br>                    Defendant. | NO:  CR-10-2036-RMP-2<br><br>ORDER TO DISMISS WITH PREJUDICE |

The Government has moved, **ECF No. 91**, to dismiss the Indictment as to Defendant Hector Zuazo-Benavides, as a result of Defendant's successful completion of a twelve-month pretrial diversion program.  Pursuant to Fed. R. Crim. P. 48(a), the Court grants the Government leave to dismiss the Indictment with prejudice.  The Court makes no judgment as to the merit or wisdom of this dismissal.

///

///

///

///

ORDER DISMISSING WITH PREJUDICE ~ 1

**IT IS SO ORDERED:**

1. The Government's Motion, **Ct. Rec. 91**, is **GRANTED**;

2. The Indictment, ECF No. 1, with respect to Mr. Zuazo-Benavides, is

   **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to enter this Order, provide copies to counsel and U.S. Probation, and **CLOSE** the file.

**DATED** this 5th day of October, 2011.

                              *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                              Chief United States District Court Judge